UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA LUMPKIN | CIVIL ACTION |
| VERSUS | NO: 10-3345 |
| AMERICAN ENERGY OIL AND GAS, LLC, ET AL | SECTION "N" (2) |

**J U D G M E N T**

For the reasons set forth in the Court's Orders and Reasons dated January 19, 2012, (Rec. Doc. Nos. 63 and 64); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, Energy XXI GOM, LLC and Wood Group Production Services, Inc. and against plaintiff, Joshua Lumpkin, dismissing plaintiff's complaint.

New Orleans, Louisiana, this __15th__ day of February, 2012.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE